UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:                                                             Chapter 11
                                                                   Case No. 14-14476-BFK
Martha Lucia Tabares

        Debtor.

_____

Goldman Sachs Mortgage Company

        Plaintiff,

v.

Martha Lucia Tabares

        Defendant.

OPPOSITION TO MOTION FOR RELIEF FROM STAY

        Martha Lucia Tabares ("Debtor") hereby opposes the Motion for Relief from Stay [Dkt. 114] on the grounds that to the extent Debtor is behind, Debtor requests the opportunity to catch up her payments.

        */s/ Ronald J. Drescher*
        Ronald J. Drescher
        Drescher & Associates, P.A.
        4 Reservoir Circle
        Suite 107
        Baltimore, MD 21208
        (410) 484-9000

        Counsel for Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 18th day of August 2016, a copy of the foregoing was served via CM/ECF upon:

JUDY A. ROBBINS
115 SOUTH UNION STREET, ROOM 210
ALEXANDRIA, VA 22314
TRUSTEE

KATHRYN E. SMITS
PO BOX 2548
LEESBURG, VIRGINIA 20177

                                  */s/ Ronald J. Drescher*
                                  Ronald J. Drescher

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:

Martha Lucia Tabares

        Debtor.

Chapter 11
Case No. 14-14476-BFK

---

Goldman Sachs Mortgage Company

        Plaintiff,

v.

Martha Lucia Tabares

        Defendant.

ORDER DENYING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion ("Motion") of Goldman Sachs Mortgage Company for Relief From Stay [Dkt. 114] and the opposition to the Motion by Martha Lucia Tabres, and for good cause shown therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion be, and it is hereby, DENIED.

**\*\*\*END OF ORDER\*\*\***

cc:

RONALD J. DRESCHER
4 RESERVOIR CIRCLE
SUITE 107
BALTIMORE, MD 21208

JUDY A. ROBBINS
115 SOUTH UNION STREET, ROOM 210
ALEXANDRIA, VA 22314
TRUSTEE

KATHRYN E. SMITS
PO BOX 2548
LEESBURG, VIRGINIA 20177